ATTORNEY GRIEVANCE COMMISSION    *    **In the**
  OF MARYLAND

                                  *    **Court of Appeals**

Petitioner

                                  *    **of Maryland**

v.

                                  *    **Misc. Docket AG**

FRANCIS A. POMMETT, III

                                  *    **No. 47**

Respondent

                                  *    **September Term, 2017**

## O R D E R

Upon consideration of the Joint Petition for Indefinite Suspension With Right to Seek Reinstatement After One Year filed herein pursuant to Maryland Rule 19-736, and Respondent's acknowledgement therein that sufficient evidence exists to sustain allegations that he committed professional misconduct in violation of Rules 1.2(a), 1.4 (a)(2)-(3) & (b), 1.5(a) & (b), 1.15(a) and 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct in effect prior to July 1, 2016 and that he also violated Maryland Rules 16-606.1, 16-607 and 16-609c in effect prior to July 1, 2016, it is this 14th day December, 2017,

ORDERED, by the Court of Appeals of Maryland, that Francis A. Pommett, III, Respondent, is hereby indefinitely suspended by consent from the practice of law in this State, effective fifteen (15) days from the date of this order; and it is further

ORDERED, that Respondent shall be eligible to seek reinstatement pursuant to Rule 19-752 no sooner than one year from the effective date of the suspension; and it is further

ORDERED, that fifteen (15) days from the date of this Order, the Clerk of this Court shall strike the name of Francis A. Pommett, III from the register of attorneys in this Court, notify Respondent of such action, and comply with the notice provisions set forth in Maryland Rule 19-761(b).

                                            /s/ Mary Ellen Barbera
                                            Chief Judge